

**Law Offices
of
PHILIP J. DANAHER, ESQ.**
252 Broadway
Rensselaer, New York 12144

Telephone (518) 463-4383                                           Fax (518) 463-4386

September 21, 2010

Clerk
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York   12207

**RECEIVED & FILED**

SEP 2 3 2010

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

RE:   **David Cooke and Donna Cooke
Chapter 7 Case No. 05-15657**

Dear Clerk:

In relation to the above-referenced matter, attached hereto please find Trustee's draft in the amount of $1.82 made payable to the Clerk, U.S. Bankruptcy Court, representing unclaimed funds. The original distribution was as follows:

$1.82 to-
Ellis Hospital (Claim no. 4)
c/o Overton, Russell, Doerr & Donovan
19 Halfmoon Executive Park Drive
Clifton Park, NY 12065

Rec'vd $1.82 9/23/10 ac

Very truly yours,

Philip J. Danaher
Chapter 7 Trustee

PJD:lbd
Enclosures

2010 SEP 23 PM 12:11
CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY
REC'D & FILED