

**Law Offices
of
PHILIP J. DANAHER, ESQ.**
252 Broadway
Rensselaer, New York 12144

Telephone (518) 463-4383                                    Fax (518) 463-4386

March 29, 2011

Clerk
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York   12207

RE:   David Cooke and Donna Cooke
      Chapter 7 Case No. 05-15657

Dear Clerk:

In relation to the above-referenced matter, attached hereto please find Trustee's draft in the amount of $99.83 made payable to the Clerk, U.S. Bankruptcy Court, representing unclaimed funds. The original distribution was as follows:

$99.83 to-
Erin Services Co., LLC (Claim no. 2)
Eltman, Eltman & Cooper, PC
90 William St.-Ste 801
New York, NY 10038-5043

Very truly yours,

Philip J. Danaher
Chapter 7 Trustee

PJD:lbd
Enclosure